UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 02-20094-CR-KING
~~02-2122-O'SULLIVAN~~

UNITED STATES OF AMERICA,

vs.

WILLIAM PEREZ

ORDER ON HEARING TO
REPORT RE COUNSEL

*FILED by ARD D.C. MAG. SEC. FEB 11 2002 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI*

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

_____ Private counsel_____
appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

✓ The defendant requested further time to retain counsel and shall appear before the Court on \_\_\_2-12-02\_\_\_ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date. *Arraignment Reset 2-12-02*

**DONE AND ORDERED** at Miami, Florida this \_\_7th\_\_ day of \_\_FEBRUARY\_\_, 2002.

TAPE NO. 02A-16680

_____
PETER R. PALERMO
UNITED STATES MAGISTRATE JUDGE

c. Defense Counsel
Pretrial Services or Probation
U.S. Marshal
AUSA