UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20094-CR-KING
Magistrate Judge O'Sullivan



UNITED STATES OF AMERICA

vs.

WILLIAM PEREZ,

      Defendant.
_____/

## GOVERNMENT'S RESPONSE TO THE STANDING DISCOVERY ORDER

The United States files this response to the Standing Discovery Order issued in this case. This response is numbered to correspond to that Order.

A.    1.    The government has recordings of undercover conversations between defendant Perez and a confidential informant made during the course of the investigation. Transcripts are being provided herewith. Duplicate tapes may be obtained by contacting the case agent.

       2.    The government is unaware of any oral statements made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent that the government intends to use at trial.

       3.    No defendant testified before the Grand Jury.

       4.    The NCIC record of the defendant, if any exists, will be made available upon receipt by this office.

       5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained or belonging to the defendant may be inspected at a mutually convenient time by contacting the case agent, Terry Manweiler at (305) 597-6013.

       6.    There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady.

D. The government has promised one potential government witness that his cooperation and truthful testimony will be considered as basis for a possible motion for a sentence reduction for his brother, who is incarcerated on federal charges. Additional information will be provided prior to trial.

E. One potential government witness, Antonio Solano, has a prior conviction record involving drugs, burglary and theft. Additional information will be provided prior to trial.

F. No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will advise the defendant prior to trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b). You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine). The government has evidence of defendant Perez' prior dealings in the drug Ecstacy which it intends to introduce pursuant to Federal Rules of Evidence 404(b) or as rebuttal. Additional information will be provided at trial.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J. The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K. No contraband is involved in this indictment.

L. If you wish to inspect the Range Rover used in the commission of the offense charged, please contact the case agent, Terry Manweiler.

M. The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

     The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

                                           Respectfully submitted,

                                           GUY A. LEWIS
                                         UNITED STATES ATTORNEY

By: _____
       FRANK H. TAMEN
       ASSISTANT UNITED STATES ATTORNEY
       Florida Bar No. 0261289
       99 N.E. Fourth Street, Suite 600
       Miami, Florida 33132
       Tel: (305) 961-9006
       Fax: (305) 530-7976

cc: Special Agent Terence Manweiler
    United States Customs Service

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by United States Postal Service mail this 22nd day of March, 2002 to Simon T. Steckel, Esq., 701 Brickell Avenue, Suite 3260, Miami, Florida 33131-2847.

*/s/ Frank H. Tamen*
FRANK H. TAMEN
ASSISTANT UNITED STATES ATTORNEY