

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.02-20094-CR-KING/JJO

UNITED STATES OF AMERICA,

vs.

WILLIAM PEREZ
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 45571-004

Language: Spanish

The above-named Defendant appeared before **Magistrate Judge ANDREA M. SIMONTON**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _____

Tel. No: _____

Defense Counsel: Name : Simon Steckel
Address: 701 Brickell Ave #3260
Miami FL 33131
Tel. No: 373-1900

Bond Set/Continued: $ Pretrial Detention

Dated this 21st day of MARCH, 2002.

CLARENCE MADDOX, CLERK

BY CHERIE GUTIERREZ
    Deputy Clerk

c: CRD
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 02FX- 37-113
DIGITAL START NO. _____