UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-20094-CR-KING

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WILLIAM PEREZ and
DAYANARA de la CRUZ,

    Defendants.
_____/



FILED by _____ D.C.
JUN 07 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION FOR CONTINUANCE

This cause came on before the court upon the defendant Dayanara de la Cruz' unopposed motion to continue the trial previously scheduled on the trial calendar commencing June 17, 2002. The court, being fully advised, does hereby,

ORDER and ADJUDGE that the motion be and the same is hereby GRANTED. The above-styled case is hereby continued to the trial calendar commencing July 29, 2002, at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Courtroom #2, Eleventh Floor, Miami, Florida. Calendar call is hereby scheduled for July 25, 2002, at 2:00 p.m., at the James Lawrence King Federal Justice Building, 99 N.E. 4th Street, Eleventh Floor, Courtroom #2, Miami, Florida. **Defendants on bond will be required to be present with their counsel at this calendar call.** Should the defendant wish to enter a plea of guilty and not proceed to trial, this matter will be heard at the calendar call. Both counsel and defendant shall be prepared to go forward with a change of plea hearing at that time. The court finds

as excludable time under the Speedy Trial Act the period of time from May 16, 2002, up through and including the trial calendar commencing July 29, 2002.

Under existing policies and agreements between the State and Federal court of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the services of the attorney so scheduled for the date set See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein set to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above.  If any counsel receives a written notice of a trial from another judge, in either State or Federal court, that in any way conflicts with this trial schedule setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict scheduling free for this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building, Miami, Florida, this 7th day of June 2002.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:
AUSA Frank Tamen

**Counsel for William Perez**
Simon Steckel, Esq.
701 Brickell Avenue, #3260
Miami, FL 33131

**Counsel for Dayanara de la Cruz**
John Wylie, AFPD
150 West Flagler Street, Suite 1700
Miami, FL 33130