UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
MINUTES - SENTENCING

FILED by W D.C.
JUL 31 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 02-20094-CR-King  Date: 7/26/02  Judge James Lawrence King
Defendant: William Perez  Defense counsel: Simon Steckel
AUSA: Frank Tamen

## JUDGMENT AND SENTENCE

|  | YEARS | MONTHS | DAYS | TIME SERVED |
|---|---|---|---|---|
| Count One |  | 71 |  |  |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(X) Assessment $ 100.00
( ) Fine: ( ) none imposed $ _____
( ) The court orders restitution in the amount of $ _____
(X) Count(s) two dismissed

Concurrent w/ 01-680-CR - Ungaro Benages
S/R Vio Consecutive w/ 95-958-CR - Moore

(X) SUPERVISED RELEASE
( ) PROBATION

|  | YEARS |
|---|---|
| Count One | 3 |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of _____
( ) CONCURRENT ( ) CONSECUTIVE

## CUSTODY
(X) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
( ) The defendant shall surrender for service of sentence on: _____
( ) The court recommends:
( ) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration.

Courtroom Deputy: Vicki Kramerman
Court Reporter: Robin Dispenzieri