UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

Case No. 02-20094-Cr-KING

UNITED STATES OF AMERICA    :

v.    :

DAYANARA DE LA CRUZ    :
_____ /

### DEFENDANT'S OBJECTIONS TO THE PSI REPORT

Defendant, Dayanara de la Cruz, through undersigned counsel, files the following objections to the PSI report.

*Drug Quantity*

The PSI finds that Ms. de la Cruz conspired to possess with the intent to distribute 5 kilograms of cocaine. Accordingly, the PSI incorrectly scores Ms. de la Cruz a base offense level of 32.

Paragraph 2 of the PSI fails to recognize paragraph 1 of the plea agreement reflecting the parties' agreement to a lesser-included charge of conspiracy to possess with intent to distribute at least 500 grams of cocaine. See Plea Agreement, ¶ 1. The parties agree that the drug quantity should be at least 500 grams making Ms. de la Cruz's applicable base offense level 26. The parties agreed as such because there is no evidence that Ms. de la Cruz had any knowledge regarding the drug quantity.



WHEREFORE, Ms. de la Cruz respectfully requests that her objections be sustained.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

_____
John Wylie
Assistant Federal Public Defender
Florida Bar No. 0133817
150 West Flagler Street, Suite 1700
Miami, Florida 33130-1556
Tel: (305) 530-7000
Fax No. (305) 536-4559

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing instrument was mailed this 20th day of September, 2002, to Frank Tamen, Assistant United States Attorney, 99 N.E. 4th Street, Miami, Florida 33132, and Maria Monge, USPO, 300 N.E. 1st St., Miami, Florida 33132.

_____
John Wylie